UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
Eli L. Gerstner,                                :
                                                :
                Plaintiff,            :           **ORDER**
                                                **:**
       -against-                      :           04-CV-4290 (DLI)
                                                :
Abe "Avi" Katz, Donny Doron Baitner,  :
and David Pearlman,                     :
                                                :
                Defendants.           :
-------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

By Memorandum and Order dated March 1, 2005, which remanded this case to New York Supreme Court, Kings County, the Court awarded plaintiff reasonable attorney's fees and costs incurred in litigating the removal issue. The Court has reviewed plaintiff's Affidavit of Attorney's Fees and Costs and the objections made by defendants. Defendants' objections fail to offer any valid reason why plaintiff's calculation of fees should not accepted. Accordingly, in determining that plaintiff's accounting of fees is reasonable, it is hereby

ORDERED that plaintiff is awarded $8,625.00 in attorney's fees and costs.

SO ORDERED.

DATED:     Brooklyn, New York
                March 30, 2005

                                                          _____/s/_____
                                                                DORA L. IRIZARRY
                                                            United States District Judge