**MANDATE**

EDNY/BKNY
04-cv-4290
IRIZARRY

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse at Foley Square   40 Centre Street, New York, NY 10007   Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): **05-2172**

Caption [use short title]

Motion for: **WITHDRAWAL OF APPEAL**

**GERSTNER**

v.

**KATZ**

Set forth below precise, complete statement of relief sought:

**PERMISSION TO WITHDRAW APPEAL.**

*[AUG 10 2005 — Second Circuit filed stamp]*
*[2005 OCT 28 AM 10:48 — Clerk U.S. District Court Eastern District of New York FILED]*

MOVING PARTY: **DEFENDANT**
☐ Plaintiff    ☒ Defendant
☒ Appellant/Petitioner    ☐ Appellee/Respondent

OPPOSING PARTY: **PLAINTIFF**

MOVING ATTORNEY: **DEFENDANT**
[name of attorney, with firm, address, phone number and e-mail]

JOSEPH OSTROWSKY
32 COURT STREET - SUITE 207
BROOKLYN, NEW YORK 11201
JUSTOSTROWSKY@YAHOO.COM

OPPOSING ATTORNEY [Name]: **LESLIE BEN-ZVI**

LESLIE BEN-ZVI
233 BROADWAY -18th FLOOR
NEW YORK, NEW YORK 10279
(212) 719-5300

Court-Judge/Agency appealed from: **HON. DORA L. IRIZARRY**

Please check appropriate boxes:

Has consent of opposing counsel:
A. been sought?  ☒ Yes  ☐ No
B. been obtained?  ☐ Yes  ☒ No

Is oral argument requested?  ☒ Yes  ☐ No
(requests for oral argument will not necessarily be granted)

[Arg]ument date of appeal been set?  ☒ Yes  ☐ No
[En]ter date **10-17-2005**

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?  ☐ Yes  ☐ No

Has this relief been previously sought in this Court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency:

[Signature of Moving Attorney]   Date: **08-08-2005**

Has service been effected?  ☒ Yes  ☐ No
[Attach proof of service]

CERTIFIED: 10-24-05

### ORDER

IT IS HEREBY ORDERED that the "motion" for permission to withdraw appeal is treated as a **stipulation** withdrawing the appeal, and it is **SO ORDERED**. While this Court does not encourage appellee requests for attorneys' fees where no briefing has occurred, appellee has a theoretical right to file a motion (as opposed to a mere Affirmation) seeking such relief.

Roseann B. MacKechnie, CLERK

A TRUE COPY

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By **Stanley A. Bass**
Stanley A. Bass, Staff Counsel

by _Tammy Mortimer_
DEPUTY CLERK

*[United States Court of Appeals FILED OCT 24 2005 Second Circuit stamp]*